UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **December 6, 2008, DeLaHoya/Pacquaio Broadcast**,

                    Plaintiff,

-against-

FIDEL CASTRO and MARIA ADAN a/k/a MARIA CASTRO, Individually, and as officers, directors, shareholders and/or principals of EL POBLANO MEXICAN RESTAURANT, INC., d/b/a EL POBLANO MEXICAN RESTAURANT, and EL POBLANO MEXICAN RESTAURANT, INC., d/b/a EL POBLANO MEXICAN RESTAURANT,

                    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL**

Civil Action No. 2:09-CV-1944

Plaintiff, **J & J SPORTS PRODUCTIONS, INC.,** hereby compromises the within action and no party herein being an infant or incompetent, hereby moves the Court for an Order dismissing the above entitled action with prejudice and without costs to either party, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

Dated:   November 30, 2009

Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/ Wayne D. Lonstein
   WAYNE D. LONSTEIN, ESQ.
   Attorney for Plaintiff
   LONSTEIN LAW OFFICE, P.C.
   Office and P.O. Address
   1 Terrace Hill : P.O. Box 351
   Ellenville, NY  12428
   Telephone:  (845) 647-8500
   Facsimile:   (845) 647-6277
   Email: Info@signallaw.com


/s/   Michael C. Niemeyer
Michael C. Niemeyer, Esq.
Resident Counsel
Hand Arendall, L.L.C.
71 North Section Street
Suite B
Fairhope, AL 36532
Telephone: (251)990-0739
Facsimile: (251)544-1656
Email: mniemeyer@handarendall.com

**SO ORDERED** this
___ day of _____, 2009

_____
**HON. JAMES HUGHES HANCOCK**
    United States District Judge